Donald W. BOSSE, Petitioner,

v.

IMMIGRATION AND
NATURALIZATION SERVICE,
Respondent.

No. 03–3179.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2004.

Edward H. Passman, Bryan J. Schwartz, Passman & Kaplan, David A. Branch, Washington, DC, for Petitioner.

Donald W. Bosse, Chestermere, Ab Canada, pro se.

Virginia G. Farrier, Jeanne E. Davidson, David M. Cohen, Washington, DC, for Respondent.

Before NEWMAN, MICHEL, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED. See* Fed. Cir. R. 36